UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SIKIRU ADEYEYE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 1:11-cv-01115-WTL-TAB |
| | ) |
| HEARTLAND SWEETENERS, LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON DECEMBER 20, 2013, SETTLEMENT CONFERENCE**

Parties appeared in person and by counsel December 20, 2013, for a settlement conference. Settlement discussions were held, and this case is now settled. Therefore, any pending motions are denied as moot, and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are vacated. Parties shall file a stipulation of dismissal within 28 days.

Dated: 12/20/2013

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

Christopher R. Taylor
BINGHAM GREENEBAUM DOLL LLP
ctaylor@bgdlegal.com

Duane R. Denton
BINGHAM GREENEBAUM DOLL LLP
rdenton@bgdlegal.com

Jeffrey A. Macey
MACEY SWANSON & ALLMAN
jmacey@maceylaw.com

Barry A. Macey
MACEY SWANSON AND ALLMAN
bmacey@maceylaw.com